UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAIDONG CHEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLEETCOR TECHNOLOGIES INC., <br><br> Defendant. | Case No. 16-CV-00135-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Sebastian Miller
Defendant's Attorneys: Elisabeth Madden and Karleen Green

An initial case management conference was held on March 23, 2016. A further case management conference is set for June 22, 2016 at 2:00 p.m. The parties shall file their joint case management statement by June 15, 2016.

The discovery limits of the Federal Rules of Civil Procedure shall govern this case.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | May 31, 2016 |
| Further Case Management Conference | June 22, 2016 at 2:00 p.m. |
| Deadline to Disclose Proposed Expert Witnesses | September 12, 2016 |

1

Case No. 16-CV-00135-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Opening Expert Reports | October 11, 2016 |
| Rebuttal Expert Reports | November 23, 2016 |
| Close of Fact and Expert Discovery | December 12, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 12, 2017 |
| Hearing on Dispositive Motions | March 2, 2017 at 1:30 p.m. |
| Final Pretrial Conference | May 4, 2017 at 1:30 p.m. |
| Jury/Bench Trial | June 12, 2017 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: March 23, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge