UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIDONG CHEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES INC.,<br><br>Defendant. | Case No.  16-cv-00135-LHK<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:  May 16, 2016<br>ENE Evaluator:  Randall Willoughby |

IT IS HEREBY ORDERED that the request to excuse defendant's counsel, Karleen J. Green, from appearing in person at the May 16, 2016, ENE before Randall Willoughby is GRANTED.  Ms. Green shall participate actively for the duration of the ENE session by joining telephonically as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED**.

Dated: May 10, 2016

Maria-Elena James
United States Magistrate Judge