UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NAIDONG CHEN, et al., | Case No. 16-CV-00135-LHK |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| FLEETCOR TECHNOLOGIES INC., | |
| Defendant. | |

Plaintiffs' Attorney: Sebastian Miller
Defendant's Attorneys: Elisabeth Madden and Karleen Green

A case management conference was held on June 22, 2016. A further case management conference is set for September 21, 2016 at 2:00 p.m. The parties shall file their joint case management statement by September 14, 2016.

The Court denied Defendant's request to file two summary judgment motions.

The case schedule remains as follows:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | September 21, 2016 at 2:00 p.m. |
| Deadline to Disclose Proposed Expert Witnesses | September 12, 2016 |
| Opening Expert Reports | October 11, 2016 |

1

Case No. 16-CV-00135-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Rebuttal Expert Reports | November 23, 2016 |
| Close of Fact and Expert Discovery | December 12, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 12, 2017 |
| Hearing on Dispositive Motions | March 2, 2017 at 1:30 p.m. |
| Final Pretrial Conference | May 4, 2017 at 1:30 p.m. |
| Jury Trial | June 12, 2017 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: June 22, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-00135-LHK
CASE MANAGEMENT ORDER